UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 25-cr-10014-ADB-2 |
| ) | |
| JUSTIN FLOUNOURY ) | |

**DEFENDANT'S MOTION TO SUPPRESS**

The defendant, Justin Flounoury, moves this Court to suppress all evidence obtained by law enforcement officers from an illegal search of his home. The search was conducted pursuant to a search warrant issued by a Massachusetts state court judge on September 25, 2023. The warrant authorized law enforcement to search a residence located at 30 East Ashland Street, Apartment 2, Brockton, MA. This home was the residence of the defendant, Justin Flounoury, and his brother, Jenel Flounoury, who is his co-defendant in this matter. The ensuing search resulted in law enforcement seizing several bundles of U.S. currency, miscellaneous documents, blue latex gloves, bank security plans, and a single silver crutch from the residence.

As grounds for this motion, Mr. Flounoury contends that the affidavit submitted in support of the search warrant application failed to establish probable cause. As discussed in detail in the co-defendant's motion to suppress and supporting memorandum, the warrant affidavit failed to establish probable cause for a variety of reasons. The search that law enforcement conducted pursuant to it therefore violated Mr. Flounoury's right to be free from unreasonable searches and seizures under the Fourth Amendment. Any evidence obtained as a result of it must therefore be suppressed.

In support of this motion, Mr. Flounoury incorporates and adopts the arguments made by his co-defendant, Jenel Flounoury, in his motion to suppress and supporting memorandum of

law. *See* ECF No. 60. Mr. Flounoury has separately filed a motion to join in his co-defendant's arguments. The Court should allow the motion and suppress the evidence obtained due to the unlawful search of Mr. Flounoury's home.

> JUSTIN FLOUNOURY
> By His Attorney,
>
> */s/ Daniel J. Gaudet*
> Daniel J. Gaudet, B.B.O. # 688120
> Carney, Gaudet & Carney
> 20 Park Plaza, Suite 614
> Boston, MA 02116
> 617-933-0350
> DGaudet@CarneyDefense.com

November 7, 2025

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the above date.

> */s/ Daniel J. Gaudet*
> Daniel J. Gaudet